

# THE SUPREME COURT OF TEXAS
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

October 17, 2013

Mr. Steven Rade Guy
The Norman Law Firm
215 East Commerce St, 2nd Floor
Jacksonville, TX 75766-1870

Ms. Kelley Denney Peacock
Cherokee County District Attorney
PO Box 839
Linden, TX 75563

Mr. Gregory Lee West
Cherokee County Jail
272 Underwood St.
Rusk, TX 75785

RE:     Case Number: 13-0760
        Court of Appeals Number: 12-13-00273-CV
        Trial Court Number: 2011-02-0106

Style:  IN RE GREGORY LEE WEST



FILED IN COURT OF APPEALS
12th Court of Appeals District

OCT 17 2013

TYLER TEXAS
CATHY S. LUSK, CLERK

Dear Counsel:

Today the Supreme Court lifted the abatement order of September 30, 2013 and reinstated the petition for writ of habeas corpus in the above-referenced case. The Supreme Court requests that real party in interest file a response to the petition for writ of habeas corpus in the above-referenced case. The response is due to be filed no later than **9:00 a.m., October 23, 2013**. **PLEASE NOTE** pursuant to Misc. Docket No. 11-9152 - Electronic-Filing Rules, Attorneys **must e-file** all documents (except documents submitted under seal) through Texas.gov. Persons not represented by an attorney may e-file documents, but e-filing is not required. Two paper copies of the requested response must be filed within three business days after the response is e-filed. The paper courtesy copies must be the printed version of the file-stamped e-filed response and must comply with Texas Rules of Appellate Procedure 9. Y For more details, see the Court's Order Requiring Electronic Documents in the Supreme Court of Texas at http://www.supreme.courts.state.tx.us/miscdocket/11/11915200.pdf.

Please note all notices or communication about this case will be sent by email in lieu of mailing paper documents. (See Misc. Docket No. 11-9152, Electronic-Filing Rule No. 9).

Sincerely,

Blake A. Hawthorne

Blake A. Hawthorne, Clerk
by Claudia Jenks, Chief Deputy Clerk

cc:     Ms. Laverne Lusk
        Ms. Cathy S. Lusk